## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UCF I TRUST 1, a Delaware statutory trust, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:16−cv−01998 |
| ) | |
| v. ) | Honorable John Z. Lee |
| ) | |
| RIVERSIDE PLAZA DEVELOPERS LLC, ) | Magistrate Judge Michael T. Mason |
| an Illinois limited liability company, and ) | |
| MARY CHRISTINE MISIK, an individual, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

Plaintiff, UCF I TRUST 1, a Delaware statutory trust ("UCF"), by and through its attorneys, KEVIN A. STERLING, LAURA NEWCOMER COHEN and LYNN M. GROSSMAN, and Defendants, Riverside Plaza Developers, LLC ("Riverside"), by its attorneys TETZLAFF LAW OFFICES, LLC, and Mary Christine Misik ("Misik"), by and through her attorney, BRIAN IRA TANENBAUM, of the Law Offices of Brian Ira Tanenbaum, Ltd., (collectively referred to as the "Parties"), move this Court pursuant to the Illinois Mortgage Foreclosure Law for entry of an Order of Judgment of Foreclosure and Sale. In support of this motion, the parties state the following:

1. On February 5, 2016, Plaintiff filed the instant action seeking to foreclose a Mortgage on a non-residential property located at 1 North Main Street, Algonquin, Illinois (the "Property") after Riverside defaulted on the Note by its failure to timely pay interest on the Note since February 2015 and by its failure to pay off the Note when it matured on November 1, 2015.

2. Defendants Riverside and Misik have been served with Plaintiffs' Amended Complaint and have entered appearances in this matter.

3. The Parties have agreed to the entry of Agreed Judgment of Foreclosure and Sale, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit A.**

4. The Parties have also agreed to the entry of the Order Appointing Selling Officer, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit B.**

WHEREFORE, UCF 1 TRUST 1, RIVERSIDE PLAZA DEVELOPERS LLC, and MARY CHRISTINE MISIK, hereby moves this Court for the entry of Agreed Judgment of Foreclosure and Sale and grant such other relief that it deems just and appropriate.

Respectfully submitted,

UCF I TRUST 1, a Delaware statutory trust, Plaintiff

By: _s/ Kevin A. Sterling_____
      One of its Attorneys

Kevin A. Sterling, Esq. (ARDC No. 6216907)
kevin@thesterlinglaw.com
Laura Newcomer Cohen, Esq. (ARDC No. 6302639)
laura@thesterlinglaw.com
Lynn Grossman, Esq. (ARDC No. 6286390).
lynn@thesterlinglaw.com
THE STERLING LAW OFFICE LLC
411 North LaSalle Street, Suite 200
Chicago, Illinois 60654
Ph: (312) 670-9744
Fax: (312) 962-8817

RIVERSIDE PLAZA DEVELOPERS, LLC, Defendant

By: _s/ Neal L. Wolf_____
      One of its Attorneys

Theodore R. Tetzlaff
Neal L. Wolf (ARDC No. 6186361)
Paul H. Deese (ARDC No. 6320518)
Tetzlaff Law Offices, LLC
227 W. Monroe Street, Suite 3650
Chicago, IL 60606

Telephone: (312-574-1000)
Facsimile: (312) 574-1001)

MARY CHRISTINE MISIK, Defendant
By: s/ Brian Ira Tanenbaum
One of her Attorneys

Brian Ira Tanenbaum, Esq. (ARDC No. 6181447)
Attorney for Defendant, Mary Christine Misik
The Law Office of Brian Ira Tanenbaum
2970 Maria Avenue, Suite 207
Northbrook, IL 60062
Telephone (847) 562-1636
Facsimile (847) 562-1637